# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN OLIVEIRA,<br><br>              Plaintiff,<br><br>    v.<br><br>COUNTY OF MADERA, et al.,<br><br>              Defendants.        / | Case No. 1:16-cv-01626-DAD-SKO<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>(Doc. 2) |

### ORDER

Plaintiff John Oliveira, a pro se litigant, filed a complaint on October 28, 2016, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.   (Docs. 1 & 2.) Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's application to proceed *in forma pauperis* is GRANTED.

IT IS SO ORDERED.

Dated:   **November 28, 2016**                    /s/ *Sheila K. Oberto*
                              UNITED STATES MAGISTRATE JUDGE