UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN OLIVEIRA, | No. 1:16-cv-01626-DAD-SKO |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| COUNTY OF MADERA, et al., | (Doc. No. 6) |
| Defendants. | |

On October 28, 2016, plaintiff John Oliveira, proceeding pro se and *in forma pauperis*, filed a complaint against Madera County ("the County"); District Attorney for the County of Madera David Linn ("Linn"); former District Attorney for the County of Madera Michael Keitz ("Keitz"); former Sheriff for the County of Madera John Anderson ("Anderson"); Deputy District Attorney for the County of Madera Nicholas Fogg ("Fogg"); and Detective for the Madera County Sheriff's Department Robert Blehm ("Blehm"). (Doc. No. 1.) On February 9, 2017, the undersigned found that plaintiff's complaint failed to state cognizable claims under 42 U.S.C. § 1983 and under state tort law. (Doc. No. 4.) Plaintiff was provided with the applicable legal standards so that he could determine if he wished to continue to pursue his case, and was granted thirty (30) days leave to file an amended complaint to attempt to cure the pleading deficiencies identified in the order. (*Id.*) On March 9, 2017, plaintiff filed an amended complaint naming the

/////

1

County; Linn; Keitz; Anderson; Fogg; Blehm; the "Madera County District Attorney's Office;" and Tyson Pogue as defendants. (Doc. No. 5.)

On September 19, 2017, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's amended complaint be dismissed with prejudice and without further leave to amend. (Doc. No. 6.) Plaintiff was served with findings and recommendations by mail and was granted twenty-one (21) days in which to file objections to the findings and recommendations. (*Id.*) No objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations dated September 19, 2017 (Doc. No. 6), are adopted in full;

2. This action is dismissed with prejudice; and

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: __**October 26, 2017**__ _____
UNITED STATES DISTRICT JUDGE

2