# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**JOHN OLIVEIRA,**

CASE NO: **1:16–CV–01626–DAD–SKO**

v.

**COUNTY OF MADERA, ET AL.,**

_____

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 10/27/17**

**Marianne Matherly**
Clerk of Court

ENTERED:  **October 27, 2017**

by:  /s/  J. Hellings
Deputy Clerk